UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                    MOTION TO DISMISS

    - against -                              Cr. No. 00-CR-0778(RJD)

RUPERT KENTISH,

          Defendant.

- - - - - - - - - - - - - - - - - - -X

        The UNITED STATES OF AMERICA, by Assistant United States Attorney Scott B. Klugman, herein applies for an Order dismissing the indictment in the above-captioned case as to RUPERT KENTISH.

        As the Court is aware, on August 26, 2002, KENTISH died of natural causes.

        WHEREFORE, I respectfully request that the Court issue an Order granting this Application to dismiss the Indictment against RUPERT KENTISH.

Dated:     Brooklyn, New York
           October 14, 2008

                         Respectfully Submitted,

                         BENTON J. CAMPBELL
                         United States Attorney

              By:      /s/
                         Scott B. Klugman
                         Assistant U.S. Attorney
                         (718) 254-6461

  cc:      Howard L. Jacobs, Esq. (via ecf)